**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CUC WEST,
an individual,                                                      Case No.: 8:19-cv-00377-WFJ-JSS

      Plaintiff,
v.

MERRICK BANK CORPORATION,
d/b/a MERRICK BANK,
a foreign for-profit corporation, and
CARDWORKS SERVICING, LLC,
a foreign limited liability company,

      Defendants.
_____/

**NOTICE OF PENDING SETTLEMENT**

    **COMES NOW**, Plaintiff, CUC WEST (hereinafter, "Plaintiff"), by and through the undersigned counsel pursuant to Local Rule 3.08, Middle District of Florida, and hereby submits this *Notice of Pending Settlement* and states:

    1.    Plaintiff and Defendants MERRICK BANK CORPORATION, d/b/a MERRICK BANK, and CARDWORKS SERVICING, LLC (hereinafter collectively, "Defendants"), reached a conditional settlement regarding all claims in this case, and the parties are presently drafting, finalizing, and executing a written settlement agreement and release of liability.

    2.    Upon execution of a mutually-agreeable settlement agreement and release—and compliance with its terms—undersigned counsel will execute and file a Joint Stipulation for Dismissal with Prejudice.

    3.    To the extent this Court treats the foregoing as a Motion, pursuant to Middle District of Florida Local Rule 3.01(g), the undersigned certifies he consulted with Defendants' counsel, and Defendants agree to the relief sought herein.

1

Submitted this 25th day of April 2019.

        Respectfully submitted,

        **LEAVENLAW**

        /s/ *Sean E. McEleney*
        **Ian R. Leavengood, Esq., FBN 010167**
        **Sean E. McEleney, Esq., FBN 125561**
        Northeast Professional Center
        3900 First Street North, Suite 100
        St. Petersburg, FL 33703
        Phone: (727) 327-3328
        Fax: (727) 327-3305
        consumerservice@leavenlaw.com
        smceleney@leavenlaw.com
        *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed a copy of the foregoing *Notice of Pending Settlement* with the Clerk of the Court via the CM/ECF system, and a copy of the same has been furnished electronically this 25th day of April 2019 to:

Brandon T. White, Esq.
Reed Smith, LLP
1001 Brickell Avenue, Suite 900
Miami, FL 33131
bwhite@reedsmith.com
*Attorneys for Defendant*

        /s/ *Sean E. McEleney*
        Attorney