## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

CUC WEST,
an individual,

      Plaintiff,

v.

MERRICK BANK CORPORATION,
d/b/a MERRICK BANK,
a foreign for-profit corporation, and
CARDWORKS SERVICING, LLC,
a foreign limited liability company,

      Defendants.
_____/

Case No.: 8:19-cv-00377-WFJ-JSS

## JOINT STIPULATION FOR DISMISSAL
## WITH PREJUDICE AS TO DEFENDANTS, MERRICK BANK
## CORPORATION, d/b/a MERRICK BANK AND CARDWORKS SERVICING, LLC

**COME NOW**, Plaintiff, CUC WEST, and Defendants, MERRICK BANK CORPORATION, d/b/a MERRICK BANK and CARDWORKS SERVICING, LLC, by and through their respective undersigned counsel pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and Middle District of Florida, Local Rule 3.08, and hereby jointly stipulate and move the Court to dismiss all claims asserted in this action as to Defendants, with prejudice.  By agreement, each party shall bear its own costs and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| **L**EAVEN**L**AW | **R**EED **S**MITH LLP |
| /s/ *Sean E. McEleney* | /s/ *Brandon T. White* |
| **Ian R. Leavengood, Esq., FBN 010167** | **Brandon T. White, Esq., FBN 106792** |
| **Sean E. McEleney, Esq., FBN 125561** | 1001 Brickell Avenue, Suite 900 |
| Northeast Professional Center | Miami, FL 33133 |
| 3900 First Street North, Suite 100 | Phone: (786) 747-0222 |
| St. Petersburg, FL 33703 | bwhite@reedsmith.com |
| Phone: (727) 327-3328 | *Attorney for Defendants* |
| Fax: (727) 327-3305 | |

consumerservice@leavenlaw.com
smceleney@leavenlaw.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on August 13, 2019, I filed a true and correct copy of the above and foregoing *Joint Stipulation for Dismissal with Prejudice as to Defendants Merrick Bank Corporation, d/b/a Merrick Bank and Cardworks Servicing, LLC* via CM/ECF which will electronically the following serve counsel of record:

    Brandon T. White, Esq.
    Reed Smith LLP
    1001 Brickell Bay Drive, Suite 900
    Miami, FL 33131
    bwhite@reedsmith.com
    *Attorney for Defendants*

    /s/ *Sean E. McEleney*
    Attorney